**TODD B. BECKER, ESQ., SBN 127567**
**LAW OFFICES OF TODD B. BECKER**
**3750 E. ANAHEIM STREET, SUITE 100**
**LONG BEACH, CA 90804**
**Tel. (562) 495-1500**
**Fax (562) 494-8904**

**Attorneys for Debtor and Debtor in Possession**
**Lance E. Libiano**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Bankruptcy Case No. 2:09-bk-43917-RN |
| LANCE E. LIBIANO, | Chapter 11 |
| | **STIPULATION FOR JOINDER IN U.S. TRUSTEE'S MOTION TO DISMISS CASE; DECLARATION OF LANCE LIBIANO IN SUPPORT THEREOF** |
| Debtor and Debtor in Possession. | |
| | **Hearing on Motion to Dismiss** Date: May 16, 2012 Time: 2:00 p.m. Ctrm: 1645 |

STIPULATION

IT IS HEREBY STIPULATED by and between debtor Lance Libiano ("Libiano"), and creditor/adversary defendants Jeffrey Stark and Margarent Pagano Stark, individually and as trustees of their family trust ("Stark"), and secured creditor City National Bank (CBN") successor in interest to Imperial Capital Bank, which has a secured interest in the Wilmington, California Ambassador Hotel owned by Starbiano, LLC, jointly owned by Libiano and Stark; (collectively "the Parties") and the parties' respective attorneys of record, as follows:

Whereas, on September 28, 2011 the U.S. Trustee filed a Motion to Convert or Dismiss Case, currently set for hearing on May 16, 2012 at 2:00 p.m, in Courtroom 1645;

Whereas, Libiano filed Opposition to said Motion and now wishes to withdraw such opposition, as to the request for dismissal only and not as to the alternative request to convert case to Chapter 7;

Whereas, the Parties desire to join in the Trustee's Motion to Dismiss and desire that the Court issue an Order dismissing this case, and the Parties adopt the law, facts and arguments set forth in the Motion;

Whereas, the Parties desire such dismissal for the additional reason that all issues between Libiano, Stark and CNB have been resolved by means of settlement agreements and a forbearance agreement,

Whereas, the concurrently filed Declaration of Lance Libiano avers that the bankruptcy estate contains no assets which might be distributed to unsecured creditors, that all real and personal property of the bankruptcy estate is fully encumbered and there is no equity in any estate property, that he is in the process of negotiating loan modifications on the Hermosa Beach properties located at 22 Hermosa Avenue, 630 First Street, and 705 Sunset Drive, that he is current on monthly operating reports and trustee fees, and that no purpose is served by continuing this bankruptcy.

WHEREFORE, it is stipulated that the Parties join in the Trustee's Motion insofar as it requests Dismissal of this bankruptcy.

2

LAW OFFICES OF TODD B. BECKER

Dated: May ___, 2012

TODD B. BECKER, ESQ.
Attorneys for Lance E. Liblano,
Debtor/Plaintiff

WEINTRAUB & SELTH, APC

Dated: May ___, 2012

JAMES R. SELTH, ESQ.
Attorneys for creditor/defendants
Jeffrey R. Stark, Margaret Pagano Stark, individually
and as Co-Trustees of the Stark Family Trust dated
December 6, 1995

HEMAR, ROUSSO & HEALD, LLP

Dated: May ___, 2012

JENNIFER WITHERELL CRASTZ, ESQ.
Attorneys for creditor City National Bank, successor in
interest to Imperial Capital Bank

3

TODD B. BECKER, ESQ., SBN 127567
LAW OFFICES OF TODD B. BECKER
3750 E. ANAHEIM STREET, SUITE 100
LONG BEACH, CA 90804
Tel. (562) 495-1500
Fax (562) 494-8904

Attorneys for Debtor and Debtor in Possession
Lance E. Libiano

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Bankruptcy Case No. 2:09-bk-43917-RN |
| LANCE E. LIBIANO, | Chapter 11 |
| | **DECLARATION OF LANCE LIBIANO IN SUPPORT OF STIPULATION FOR JOINDER IN U.S. TRUSTEE'S MOTION TO DISMISS CASE** |
| Debtor and Debtor in Possession. | |
| | **Hearing on Motion to Dismiss** |
| | Date: May 16, 2012 |
| | Time: 2:00 p.m |
| | Ctrm: 1645 |

DECLARATION

## DECLARATION OF LANCE LIBIANO

I, Lance Libiano, if called as a witness could and would testify competently to the following facts, each of which is known to be to be true of my own personal knowledge, except for those matters stated on the basis of information and belief, and as to such matters I believe them to be true.

1. I am the debtor in the herein bankruptcy and am desirous of having the Court enter a dismissal of the herein Chapter 11 bankruptcy.

2. A Stipulation for Joinder in U.S. Trustee's Motion to Dismiss is concurrently filed with this declaration. I withdraw my former Opposition to the Motion insofar as it seeks dismissal, but maintain my opposition to conversion to Chapter 7.

3. The Stipulation for Joinder accurately recites that all issues between myself, Jeffrey and Margaret Stark, and City National Bank have been resolved by settlement agreements and a forbearance agreement.

4. The Stipulation further recites that myself, the Starks, and the Bank join in the U.S. Trustee's Motion to Dismiss and adopt the law, facts and arguments set forth therein excepting the request for conversion to Chapter 7.

5. I am joining in the Trustee's Motion and seek an Order of Dismissal of this case for the additional reason that no purpose is served by this bankruptcy in light of the following facts:

    a. The bankruptcy estate contains no assets which might be distributed to unsecured creditors;

    b. All real and personal property of the bankruptcy estate is fully encumbered and there is no equity in any estate property;

    c. I am in the process of negotiating loan modifications on the Hermosa Beach properties located at 22 Hermosa Avenue, 630 First Street, and 705 Sunset Drive.

    d. I am current on monthly operating reports and trustee fees.

2

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on May 7 , 2012 at Long Beach, California.

_____
Lance Libiano

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
3750 E. Anaheim St., Suite 100, Long Beach CA 90804

A true and correct copy of the foregoing document described as Stipulation for Joinder in US Trustee's Motion to Dismiss Case; Declaration of Lance Libiano in Support of Stipulation for Joinder in US Trustee's Motion to Dismiss

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 5/9/12 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☑ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 5/9/12 , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.
Hon Richard Neiter
USBC -Central 255 E. Temple St., Los Angeles CA 90012   VIA PERSONAL DELIVERY

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/9/12 | James Rees | _(signature)_ |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**

Via NEF:

Raymond H Aver     ray@averlaw.com
Richard J Bauer     rbauer@mileslegal.com
Todd B Becker     veloz@toddbeckerlaw.com  trinh@toddbeckerlaw.com;becker@toddbeckerlaw.com;
collins@toddbeckerlaw.com;hua@toddbeckerlaw.com
Alice Blanco     bkmail@mrdefault.com
Russell Clementson     russell.clementson@usdoj.gov
Deborah Conley     bkmail@prommis.com
Jennifer Witherell Crastz     jcrastz@hemar-rousso.com
Mark Domeyer     mdomeyer@mileslegal.com
Gerald S Kim     cdcaecf@bdfgroup.com
Christopher M McDermott     ecfcacb@piteduncan.com
Casper J Rankin     ecfcacb@piteduncan.com
James R Selth     jim@wsrlaw.net, charles@wsrlaw.net
Timothy J Silverman     tim@sgsslaw.com
Linh K Tran     bline.chapter13@blinellc.com
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
Darlene C Vigil     cdcaecf@bdfgroup.com
ykim@allenmatkins.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                          **9013-3.1.PROOF.SERVICE**